# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142926 & (88)

KARL HORVATH,
      Plaintiff-Appellee/
      Cross-Appellant,

v

                               SC: 142926
                               COA: 292304

HRT ENTERPRISES, HEIN RÜSEN, and
CARL THOMAS,                      Wayne CC: 06-625310-CZ
      Defendants-Appellants/
      Cross-Appellees.
_____/

      On order of the Court, the application for leave to appeal the January 18, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011                                         
d0718                                                Clerk